IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 3:26-cv-2727 |
| | ) | |
| ROBERT WYN YOUNG, | ) | |
| | ) | JUDGE |
| Reporting Attorney, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | <u>NOTICE OF REMOVAL</u> |
| | ) | |

**<u>NOTICE OF REMOVAL</u>**

NOW COMES the following federal entities named as "Other Interested Parties" in this civil action: Donald J. Trump, United States President; the Federal Bureau of Investigation; Todd Blanche, Attorney General of the United States; John G. Roberts, Jr, Chief Justice Supreme Court of the United States; Janet C. Hall, U.S. District Court Judge; Maya Guerra Gamble, U.S. District Court Judge; Christopher R. Murray, U.S. Trustee; Christopher M. Lopez, U.S. District Court Judge; Lee H. Rosenthal, Senior U.S. District Court Judge (collectively, "Federal Interested Parties")[1] by and through David M. Toepfer, United States Attorney for the Northern District of

[1] As nothing in this civil action indicates that any named federal official has been named or served in a personal capacity, Government Counsel has proceeded on the premise that all named federal officials have been named in their official capacities only.

Ohio, and Guillermo J. Rojas, Assistant United States Attorney, and respectfully gives notice to the Court of the following:

1. Plaintiff Robert Wyn Young, filed a civil action on or about September 11, 2026, in the Richland County Common Pleas Court, captioned *In Re: Robert Wyn Young.*, Case No. 2026 CV 0685 R. A copy of the Complaint is attached hereto as Exhibit A.

2. Summonses were issued to Federal Interested Parties along with many other parties (collectively, "All Interested Parties").

3. This civil action seeks a mandatory report, pursuant to 18 U.S.C. § 2382, regarding allegations of potential charges against All Interested Parties of, *inter alia*: Treason, in violation of U.S. Const. art. III, § 3, cl. 1 and 18 U.S.C. § 2381, Seditious Conspiracy, in violation of 18 U.S.C., § 2384, Misprision of Treason, in violation of 18 U.S.C. § 2382, Fraud on the Federal Courts, in violation of 18 U.S.C. § 371, et al., and Obstruction of Justice, in violation of 18 U.S.C. § 1503, et al.

4. This Notice of Removal is brought pursuant to 28 U.S.C. § 1442(a)(1) based on Plaintiff's inclusion of both federal officials, acting in their official capacities, and federal agencies as Federal Interested Parties.

5. Federal Interested Parties have defenses, including, *inter alia*, Sovereign Immunity, immunities and defenses under the Supremacy Clause, Plaintiff's failure to exhaust administrative remedies, lack of subject matter jurisdiction, and Plaintiff's failure to state a claim upon which relief can be granted.

6. The removal of this case does not constitute waiver of service defects or any other defenses.

7. The United States Attorney's Office was provided a copy of the Complaint on or about October 8, 2026, and thirty (30) days have not expired since receipt by Federal Interested Parties of a copy of the initial pleading setting forth the claim for relief upon which this proceeding is based. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(1). A copy of this Notice will be promptly served on the Plaintiff and filed with the Clerk of the Richland County Court of Common Pleas pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ *Guillermo J. Rojas*

Guillermo J. Rojas (0069882)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, Ohio 43604
Phone: (419) 259-0726
Fax: (419) 259-6360
Guillermo.Rojas@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The following parties were also served by regular U.S. Mail:

Robert W. Young
Law Office of R. Wyn Young, Esq.
1421 Lexington Avenue, #180
Mansfield, OH 44907

Connecticut State Police
c/o Colonel Daniel Loughman
1111 Country Club Road
Middletown, CT 06457

Koskoff Koskoff & Bieder PC
350 Fairfield Avenue
Bridgeport, CT 06604

Farrar & Ball LLP
1117 Herkimer Street
Houston, TX 77008

Meshbesher & Spence, LTD.
1616 Park Avenue
Minneapolis, MN 55404

University Of Maine System
Chancellor's Office
15 Estabrooke Drive
Orono, ME 04469

Covington & Burling LLP
One City Center
850 Tenth Street NW
Washington, DC 20001

Fox News Network, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Cable News Network, Inc
c/o Corporations Trust Company
1209 Orange Street
Wilmington, DE 19801

Barbara N. Bellis
Connecticut Superior Court Judge
400 Grand Street
Waterbury, CT 06702

Sandy Hook Promise Action Fund,
c/o David Conrad
13 Church Hill Road
Newtown, CT 06470

Sandy Hook Promise Foundation
c/o Corporate Creations Ntwk
801 US Highway 1
North Palm Beach, FL 33408

Croocks Law Firm PLLC
c/o Ben C. Brooks
248 Addie Roy Road, Suite B301
Austin, TX 78746

Randazza Legal Group PLLC
100 Pearl Street 14th Floor
Hartford, CT 06103

Pattis & Paz LLC
171 Orange Street
New Haven, CT 06510

Reynal Law Firm PC
917 Franklin St. Fl. 6
Houston, TX 77002

Law Office of Jacquelyn W. Blott
200 University Blvd Ste 225
PMB 251
Round Rock, TX 78665-1542

Jordan & Ortiz Pc
248 Addie Roy Road, Ste. B301
Austin, TX 78746

Zimmerman Firm
15 Crocus Hill
Saint Paul, MN 55102

Meshbesher & Spence Ltd
1616 Park Avenue
Minneapolis, MN 55404

Quarles & Brady LLP
33 Main Street Suite 900
Madison, WI 53703

Cain & Skarnulis PLLC
303 Colorado St STE 2850
Austin, TX 78701

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776

James Fetzer, Phd.
800 Violet Lane
Oregon, WI 53575

Bill Bonitati
554 Boston Post Road #107
Orange, CT 06477

Office of Barrack & Michelle Obama
P.O. Box 91000
WASHINGTON, DC 20066

X CORP
c/o CT Corporation System
1999 Bryan Street Suite 900
Dallas, TX 75201

*/s/ Guillermo J. Rojas*
Guillermo J. Rojas, Assistant U.S. Attorney