IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT WYN YOUNG, | ) | CASE NO.: 3:26-cv-2727 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| | ) | |
| | ) | |
| | ) | |
| DONALD J. TRUMP, et al., | ) | <u>NOTICE OF FILING</u> |
| | ) | <u>SUPPLEMENTAL EXHIBITS TO</u> |
| Defendants, | ) | <u>NOTICE OF REMOVAL</u> |
| | ) | |

NOW COMES the Defendants, ("Federal Interested Parties"), by and through David M. Toepfer, United States Attorney for the Northern District of Ohio, and Guillermo J. Rojas, Assistant United States Attorney, and respectfully gives notice to the Court of the following:

1. Earlier today, this action was removed from the Richland County Common Pleas Court, *In re: Robert Wyn Young*, Court No. 2026-cv-0685 R. (Notice of Removal, Doc. 1.)

2. The Notice of Removal Contained the following Attachments:

   Exhibit A – Complaint filed in Richland County
   Exhibit B – Richland County Docket Report
   Civil Cover Sheet

3. Under 28 U.S.C. § 1446(a), notices of removal are filed along with "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." Upon filing its Notice of Removal, the Government realized that certain such documents were not included.

Attached to this Notice of Filing Supplemental Exhibits to Notice of Removal are all such remaining documents filed prior to the Notice of Removal.

4. Federal Interested Parties hereby supplement the Notice of Removal, (Doc. 1), with the following documents in compliance with 28 U.S.C. § 1446(a):

Exhibit A – Complaint
Exhibit B – Updated Docket Report
Exhibit C – Summonses Issued by Richland County
Exhibit D – Affidavit of Reporting Attorney (Federal Interested Parties have combined the following, separately filed, documents into this exhibit):
    Misprision Package Legal Information
    Notice of Misprision Package Filed
    Notice of Misprision Package Table of Contents
    Notice of Physical Filing of Exhibit/Attachment to Affidavit
    Notice of Supplementation of the Record for/regarding Proffered Hard Copy Misprision Report Package
Exhibit E – Certificate of Service
Exhibit F – Bankruptcy Court Filing
Exhibit G – Defendant Wolfgang W Halbig's Motion to Dismiss
Exhibit H – Defendant James Fetzer's MTD
Exhibit I – Hearing Order
Exhibit J – Letter From Emily Feinstein and Randy Pflum of Quarles & Brady
Exhibit K – Letter from Jay M. Wolman
Exhibit L – Praecipe for Certified Mail
Exhibit M – Response to Defendant James Fetzer's MTD

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ *Guillermo J. Rojas*

Guillermo J. Rojas (0069882)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, Ohio 43604
Phone: (419) 259-0726
Fax: (419) 259-6360
Guillermo.Rojas@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The following parties were also served by regular U.S. Mail:

Robert W. Young
Law Office of R. Wyn Young, Esq.
1421 Lexington Avenue, #180
Mansfield, OH 44907

Connecticut State Police
c/o Colonel Daniel Loughman
1111 Country Club Road
Middletown, CT 06457

Koskoff Koskoff & Bieder PC
350 Fairfield Avenue
Bridgeport, CT 06604

Farrar & Ball LLP
1117 Herkimer Street
Houston, TX 77008

Meshbesher & Spence, LTD.
1616 Park Avenue
Minneapolis, MN 55404

University Of Maine System
Chancellor's Office
15 Estabrooke Drive
Orono, ME 04469

Covington & Burling LLP
One City Center
850 Tenth Street NW
Washington, DC 20001

Fox News Network, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Cable News Network, Inc
c/o Corporations Trust Company
1209 Orange Street
Wilmington, DE 19801

Barbara N. Bellis
Connecticut Superior Court Judge
400 Grand Street
Waterbury, CT 06702

Sandy Hook Promise Action Fund,
c/o David Conrad
13 Church Hill Road
Newtown, CT 06470

Sandy Hook Promise Foundation
c/o Corporate Creations Ntwk
801 US Highway 1
North Palm Beach, FL 33408

Croocks Law Firm PLLC
c/o Ben C. Brooks
248 Addie Roy Road, Suite B301
Austin, TX 78746

Randazza Legal Group PLLC
100 Pearl Street 14th Floor
Hartford, CT 06103

Pattis & Paz LLC
171 Orange Street
New Haven, CT 06510

Reynal Law Firm PC
917 Franklin St. Fl. 6
Houston, TX 77002

Law Office of Jacquelyn W. Blott
200 University Blvd Ste 225
PMB 251
Round Rock, TX 78665-1542

Jordan & Ortiz Pc
248 Addie Roy Road, Ste. B301
Austin, TX 78746

Zimmerman Firm
15 Crocus Hill
Saint Paul, MN 55102

Meshbesher & Spence Ltd
1616 Park Avenue
Minneapolis, MN 55404

Quarles & Brady LLP
33 Main Street Suite 900
Madison, WI 53703

Cain & Skarnulis PLLC
303 Colorado St STE 2850
Austin, TX 78701

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776

James Fetzer, Phd.
800 Violet Lane
Oregon, WI 53575

Bill Bonitati
554 Boston Post Road #107
Orange, CT 06477

Office of Barrack & Michelle Obama
P.O. Box 91000
WASHINGTON, DC 20066

X CORP
c/o CT Corporation System
1999 Bryan Street Suite 900
Dallas, TX 75201

*/s/ Guillermo J. Rojas*
Guillermo J. Rojas
Assistant U.S. Attorney