RICHLAND COUNTY, OHIO
09/11/2026 04:37 PM
HEIDI EWING
CLERK OF COURTS
2026 CV 0685
ROBINSON, JUDGE BRENT N

**IN THE COURT OF COMMON PLEAS**
**RICHLAND COUNTY, OHIO**

| | | |
|---|---|---|
| **In Re:** | ) | **Miscellaneous Action No.** _______________ |
| **ROBERT WYN YOUNG** | ) | **Judge** _______________________________ |
| **Reporting Attorney.** | ) | |

# PRAECIPE FOR SERVICE ON INTERESTED PERSONS AND ORGANIZATIONS

To the Clerk of Courts:

Please issue **Certified Mail** service, as directed below, of a paper/hard copy of the undersigned Reporting Attorney's 161~page **Miscellaneous Action to Make Mandatory Report, Pursuant to 18 U.S.C. § 2382, of Treason Against the United States** ["Misprision Report (written)"] (double~sided printing acceptable), together with **Notice** of the undersigned Reporting Attorney's **electronic** submission/filing in the above~captioned matter of 125 total documents/ files, including the Misprision Report (written), as part of the undersigned Reporting Attorney's **Misprision Report Package**.

On September 9, 2026, pursuant to and in accordance with the terms of 18 U.S.C. § 2382, the undersigned Reporting Attorney proffered submission of a full, paper/hard copy and electronic version (i.e., USB flash drive) of the undersigned Reporting Attorney's federally~mandated **Misprision Report Package** to Judge Brent N. Robinson, a judge of the State of Ohio; but, by verbal Order, Judge Robinson rejected submission of the undersigned's **Misprision Report Package** pursuant to the terms of federal law and, instead, he Ordered (again, verbally, and through his Bailiff) that same be submitted electronically, in accordance and upon compliance with

GOVERNMENT EXHIBIT
L

unidentified Ohio and/or Local rule(s) requiring the payment of filing fee(s), random assignment of judge, etc.

Accordingly, please issue Certified Mail Service as requested above to the persons and organizations who are identified below as likely co~conspirators in the two part, general, and **treasonous** Sandy Hook conspiracy against the United States, or with respect to whom probable cause exists justifying further and formal investigation of potential charges for **treason** and/or related offenses against the United States:[1]

1. **Federal Bureau of Investigation**
   c/o Director Kash Patel
   935 Pennsylvania Avenue, NW,
   Washington, DC 20535-0001

2. **United States Department of Justice**
   c/o Todd Blanche
   Attorney General of the United States
   950 Pennsylvania Avenue, NW,
   Washington, DC 20530-0001

3. **Connecticut State Police**
   c/o Colonel Daniel Loughman
   1111 Country Club Road
   Middletown, CT 06457

4. **Plaintiffs in *Lafferty* CT Defamation Action, Case No. UWY-CV18-6046436-S**
   Erica Ash a/k/a Erica Lafferty
   David Wheeler
   Francine Wheeler
   Jacqueline Barden
   Mark Barden

[1] The undersigned Reporting Attorney issues this **Praecipe for Service** (which Due Process **now** requires since the undersigned's federally~mandated report of treason and related offenses has been forcibly and wrongfully removed from the protective auspices of 18 U.S.C. § 2382, at least for purposes of submission) under **protest** and **objection** to Judge Robinson's wrongful refusal to abide by federal law as embodied in 18 U.S.C. § 2382 and as is required by the **Supremacy Clause**, U.S. Const. art. VI, cl. 2. See, also, *Testa v. Katt*, 330 U.S. 386 (1947).

Nicole Hockley
Ian Hockley
Jennifer Hensel
Donna Soto
Carlee Soto-Parisi
Carlos M. Soto
Jillian Soto
William Aldenberg
c/o KOSKOFF KOSKOFF & BIEDER PC
350 Fairfield Avenue
Bridgeport , CT 06604

5. Plaintiff in *Sherlach* CT Defamation Action, Case No.UWY-CV-18-6046437-S
   William Sherlach
   c/o KOSKOFF KOSKOFF & BIEDER PC
   350 Fairfield Avenue
   Bridgeport , CT 06604

6. Plaintiffs in *Sherlach* CT Defamation Action, Case No.UWY-CV18-6046438-S
   William Sherlach (**Repeat service to same Client/Same Counsel Not Needed**)
   Robert Parker
   c/o KOSKOFF KOSKOFF & BIEDER PC
   350 Fairfield Avenue
   Bridgeport , CT 06604

7. Plaintiffs in *Heslin* TX Defamation Actions, *Neil Heslin and Scarlett Lewis v. Alex E. Jones and Free Speech Systems, LLC,* Travis Co. Cause No. D-1-GN-18-001835
   Heslin, Neil
   Scarlett Lewis
   Veronique De La Rosa
   Leonard Pozner
   c/o Mark Bankston
   FARRAR & BALL LLP
   1117 Herkimer Street
   Houston, TX 77008

8. Plaintiffs in *Soto, et al. v. Bushmaster Firearms Int'l, LLC, et al.*, Case No.UWY-CV15-6050025-S
   Donna L. Soto (**Repeat service to same Client/Same Counsel Not Needed**)
   Ian and Nicole Hockley (**Repeat service to same Client/Same Counsel Not Needed**)

William Sherlach (**Repeat service to same Client/Same Counsel Not Needed**)
Veronique De La Rosa
Giles J. Rousseau
David C. Wheeler (**Repeat service to same Client/Same Counsel Not Needed**)
Neil Heslin
Scarlett Lewis
Mark Barden (**Repeat service to same Client/Same Counsel Not Needed**)
Jacqueline Barden (**Repeat service to same Client/Same Counsel Not Needed**)
Mary D'Avino
Natalie Hammond
c/o KOSKOFF KOSKOFF & BIEDER PC
350 Fairfield Avenue
Bridgeport , CT 06604

9. *Leonard Pozner v. James Fetzer, et al.*, Dane County, WI Cir. Ct. No. 2018CV3122
Leonard Pozner
c/o MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404

10. Dannel P. Malloy
University of Maine System
Chancellor's Office
15 Estabrooke Drive
Orono, ME 04469

11. Eric Holder
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

12. President Barack Obama
The Office of Barack and Michelle Obama
P.O. Box 91000
Washington, DC 20066

13. Fox News Network, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

14. Cable News Network, Inc. (CNN)
c/o The Corporation Trust Company
Corporation Trust Center

1209 Orange Street
Wilmington, DE 19801

15. Sandy Hook Promise Action Fund, Inc.
c/o David Conrad (Agent)
13 Church Hill Rd
Newtown, CT 06470

16. Sandy Hook Promise Foundation
c/o Corporate Creations Network Inc.
801 US Highway 1
North Palm Beach, FL 33408

17. Alex Jones
c/o Ben C. Broocks
BROOCKS LAW FIRM, PLLC
248 Addie Roy Rd., Suite B301
Austin, TX 78746

18. Jay M. Wolman (CT Juris No. 433791)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103

19. Norman A. Pattis (CT Juris No. 408681)
PATTIS & PAZ, LLC
171 Orange Street
New Haven, CT 06510

20. F. Andino Reynal (TX Bar Card Number: 24060482)
THE REYNAL LAW FIRM, P.C.
917 Franklin St. Fl. 6
Houston, TX 77002

21. Jacquelyn Blott (TX Bar Card Number: 07473250)
LAW OFFICE OF JACQUELYN W. BLOTT
200 University Blvd Ste 225 PMB 251
Round Rock, TX 78665

22. Ben C. Broocks (TX Bar Card Number: 03058800)
BROOCKS LAW FIRM, PLLC
248 Addie Roy Rd Ste B301
Austin, TX 78746

23. Shelby A. Jordan (TX Bar Card Number: 11016700)
    JORDAN & ORTIZ, PC
    248 Addie Roy Rd Ste B301
    Austin, TX 78746

24. William M. Bloss (CT Juris No. 302902)
    KOSKOFF KOSKOFF & BIEDER PC
    350 Fairfield Avenue
    Bridgeport , CT 06604

25. Matthew S. Blumenthal (CT Juris. No. 438605)
    KOSKOFF KOSKOFF & BIEDER PC
    350 Fairfield Avenue
    Bridgeport , CT 06604

26. Joshua Koskoff (CT Juris. No. 410518)
    KOSKOFF KOSKOFF & BIEDER PC
    350 Fairfield Avenue
    Bridgeport , CT 06604

27. Christopher Mattei (CT Juris No. 425074)
    KOSKOFF KOSKOFF & BIEDER PC
    350 Fairfield Avenue
    Bridgeport , CT 06604

28. Alinor C. Sterling (CT Juris No. 411754)
    KOSKOFF KOSKOFF & BIEDER PC
    350 Fairfield Avenue
    Bridgeport , CT 06604

29. Mark Bankston (TX Bar Card Number: 24071066)
    FARRAR & BALL LLP
    1117 Herkimer Street
    Houston, TX 77008

30. Wesley Todd "Wes" Ball (TX Bar Card Number: 24038754)
    FARRAR & BALL LLP
    1117 Herkimer Street
    Houston, TX 77008

31. Kyle Wayne Farrar (TX Bar Card Number: 24034828)
    FARRAR & BALL LLP
    1117 Herkimer Street
    Houston, TX 77008

32. Jacob Zimmerman (MN Lawyer ID: 0330656)
    THE ZIMMERMAN FIRM
    15 Crocus Hill
    Saint Paul, MN 55102

33. Genevieve Zimmerman (WI Member ID: 1100693)
    MESHBESHER & SPENCE, LTD.
    1616 Park Avenue
    Minneapolis, MN 55404

34. Randy J. Pflum (WI Member ID: 1096694)
    Quarles & Brady LLP
    33 East Main Street, Suite 900
    Madison, WI 53703

35. Emily M. Feinstein (WI Member ID: 1037924)
    Quarles & Brady LLP
    33 East Main Street, Suite 900
    Madison, WI 53703

36. Ryan E. Chapple (TX Bar Card Number: 24036354)
    CAIN & SKARNULIS PLLC
    303 Colorado St Ste 2850
    Austin, TX 78701

37. Wolfgang Halbig
    25526 Hawks Run Lane
    Sorrento, FL 34776

38. James Fetzer, PhD
    800 Violet Lane
    Oregon, WI 53575

39. Bill Bonitati
    554 Boston Post Road #107
    Orange, CT 06477

40. D. Conn. U.S. District Ct. Judge Janet C. Hall
    RICHARD C. LEE UNITED STATES COURTHOUSE
    United States Courthouse
    141 Church Street
    New Haven, Connecticut 06510

41. Connecticut Superior Court Judge Barbara N. Bellis
    400 Grand Street
    Waterbury, CT 06702

42. Civil District Court Judge Maya Guerra Gamble
    459th Civil District Court
    Travis County, Texas
    P.O. Box 1748
    Austin, TX 78767

43. United States Chapter 7 Trustee Christopher R. Murray
    JONES MURRAY LLP
    602 Sawyer Street, Suite 400
    Houston, TX 7700

44. S.D. Tex. U.S. Bankr. Ct. Judge Christopher M. Lopez
    United States Bankruptcy Court
    Courtroom 402, 515 Rusk
    Houston, TX 77002

45. S.D. Tex. Senior U.S. District Ct. Judge Lee H. Rosenthal
    United States District Courts
    Post Office Box 61010
    Houston, Texas 77208

46. Supreme Court of the United States
    Attn: Chief Justice John G. Roberts, Jr.
    1 First Street, NE
    Washington, DC 20543

47. President Donald J. Trump
    The White House
    1600 Pennsylvania Avenue NW
    Washington, DC 20500

48. Donald J. Trump
    c/o Bruce Lee Castor, Jr.
    VAN DER VEEN, HARTSHORN, AND LEVIN
    411 Cherry Street
    Norristown, PA 19401

49. X Corp.
    c/o C T Corporation System
    1999 Bryan Street, Suite 900
    Dallas, TX 75201

[Intentionally Blank]

Respectfully submitted,

Date: **09/11/2026**

_/s/ *Robert Wyn Young*_______________________

**Robert Wyn Young**
(OH Bar #0064876)
(U.S. Supreme Court Bar #326130)
**Pro Se Reporting Attorney & Officer of the Court**
Law Office of R. Wyn Young, Esq.
1421 Lexington Avenue, #180
Mansfield, OH 44907
Phone: (513) 238~2821
Email: rwynyoung25@gmail.com