IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROBERT WYN YOUNG<br><br>Plaintiff<br><br>v.<br><br>PRESIDENT DONALD J. TRUMP, ET AL.<br><br>Defendants | CASE NO. 1:26-cv-02727-DAR<br><br>JUDGE DAVID A. RUIZ<br><br>**OTHER INTERESTED PARTIES SANDY HOOK ACTION FUND, INC. AND SANDY HOOK PROMISE FOUNDATION'S MOTION FOR LEAVE TO PLEAD** |

* * * *

NOW COME Other Interested Parties, Sandy Hook Promise Action Fund, Inc. (the "Action Fund") and the Sandy Hook Promise Foundation (the "Foundation") (collectively, the "Parties"), by and through undersigned counsel, and hereby respectfully move this Court for a 30-day extension of time, up to and including, November 25, 2026, to move, plead or otherwise respond to Plaintiff's Complaint.

As grounds for this Motion, the Parties state that additional time is required to formulate an effective response. This is the Parties' first request for an extension. Said request for extension is made in good faith and not for purposes of delay. Granting of this Motion will not prejudice any of the other parties in this matter.

For the foregoing reasons, the Parties respectfully request a 30-day extension of time, up to and including, November 25, 2026, within which to move, plead or otherwise respond to Plaintiff's Complaint. A proposed Order is being filed contemporaneously herewith this Motion for the Court's convenience.

Respectfully submitted,

*/s/ Jonathan T. Hyman*

Jonathan T. Hyman (No. 0068812)
E-mail JHyman@WickensLaw.com
Dominic M. Parish (No. 0097014)
E-mail DParish@WickensLaw.com
Docket E-mail Docket@WickensLaw.com
WICKENS HERZER PANZA
35765 Chester Road
Avon, OH 44011-1262
(440) 695-8044 (Main)
(440) 695-8098 (Fax)

ATTORNEYS FOR OTHER INTERESTED PARTIES SANDY HOOK ACTION FUND, INC. AND SANDY HOOK PROMISE FOUNDATION

**PROOF OF SERVICE**

This is to certify that a copy of the foregoing Other Interested Parties Sandy Hook Action Fund, Inc. and Sandy Hook Promise Foundation's Motion for Leave to Plead has been sent via the Court's electronic filing system, on this 26th day of October, 2026, to:

Robert Wyn Young, Esq.
Law Office of R. Wyn Young, Esq.
1421 Lexington Avenue, Suite 180
Mansfield, OH 44907-2629
E-mail: rwynyoung25@gmail.com

Guillermo J. Rojas, Esq.
United States of America
Four Seagate, Suite 308
Toledo, OH 43604-6360
E-mail: guillermo.rojas@usdoj.gov

And by U.S. mail, postage prepaid, on this 26th day of October, 2026, to:

Honorable Maya Guerra Gamble
459th Civil District Court, Travis County
Texas
PO Box 1748
Austin, TX 78767-1748

Connecticut State Police
c/o Colonel Daniel Loughman
1111 Country Club Road
Middletown, CT 06457

Koskoff Koskoff & Bieder PC
350 Fairfield Avenue
Bridgeport, CT 06604

Farrar & Ball LLP
1117 Herkimer Street
Houston, TX 77008

Meshbesher & Spence, LTD.
1616 Park Avenue
Minneapolis, MN 55404

University of Maine System
Chancellor's Office
15 Estabrooke Drive
Orono, ME 04469

Covington & Burling LLP
One City Center
850 Tenth Street NW
Washington, DC 20001

Fox News Network, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Cable News Network, Inc.
c/o Corporations Trust Company
1209 Orange Street
Wilmington, DE 19801

Barbara N. Bellis
Connecticut Superior Court Judge
400 Grand Street
Waterbury, CT 06702

Broocks Law Firm PLLC
c/o Ben C. Broocks
248 Addie Roy Road, Suite B-301
Austin, TX 78746

Randazza Legal Group PLLC
100 Pearl Street 14th Floor
Hartford, CT 06103

Pattis & Paz LLC
171 Orange Street
New Haven, CT 06510

Reynal Law Firm PC
917 Franklin St. Fl. 6
Houston, TX 77002

Law Office of Jacquelyn W. Blott
200 University Blvd, Ste 225
PMB 251
Round Rock, TX 78665-1096

Jordan & Ortiz P.C.
248 Addie Roy Road, Ste. B-301
Austin, TX 78746

Zimmerman Firm
15 Crocus Hill
Saint Paul, MN 55102

Meshbesher & Spence Ltd.
1616 Park Avenue
Minneapolis, MN 55404

Quarles & Brady LLP
33 Main Street, Suite 900
Madison, WI 53703

Cain & Skarnulis PLLC
303 Colorado St., Suite 2850
Austin, TX 78701

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776

James Fetzer, Ph.D.
800 Violet Lane
Oregon, WI 53575

Bill Bonitati
554 Boston Post Road #107
Orange, CT 06477

Office of Barack & Michelle Obama
P.O. Box 91000
Washington, DC 20066

X CORP
c/o CT Corporation System
1999 Bryan Street Suite 900
Dallas, TX 75201

*/s/ Jonathan T. Hyman*
Jonathan T. Hyman
Dominic M. Parish