IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROBERT WYN YOUNG<br><br>Plaintiff<br><br>v.<br><br>PRESIDENT DONALD J. TRUMP, ET AL.<br><br>Defendants | CASE NO. 1:26-cv-02727-DAR<br><br>JUDGE DAVID A. RUIZ<br><br>**SANDY HOOK ACTION FUND, INC.'S AND SANDY HOOK PROMISE FOUNDATION'S MOTION TO DISMISS** |

* * * *

Sandy Hook Promise Action Fund, Inc. (the "Action Fund") and the Sandy Hook Promise Foundation (the "Foundation") (collectively, the "Parties"), hereby move to dismiss with prejudice the Miscellaneous Action" (the "Action") brought by Robert Wyn Young, against them as named other interested parties.

As discussed more fully in the accompanying Memorandum of Law, the Court lacks subject matter jurisdiction over the Action because the claims are entirely based on alleged violations of federal criminal statutes that do not provide for private rights of action. However, even if the Court had subject matter jurisdiction, Young has failed to raise any non-conclusory or creditable factual allegation – let alone a viable cause of action – against the Parties. As a result, Young has failed to state a claim upon which relief can be granted and has failed to allege the Court's personal jurisdiction over the Action Fund and Foundation.

For the reasons set forth in the accompanying Memorandum of Law, the Court should grant the Motion to Dismiss and dismiss the Action with prejudice as to the Parties, pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), and (6).

*_/s/ Jonathan T. Hyman_*
Jonathan T. Hyman (No. 0068812)
E-mail JHyman@WickensLaw.com
Dominic M. Parish (No. 0097014)
E-mail DParish@WickensLaw.com
Docket E-mail Docket@WickensLaw.com
WICKENS HERZER PANZA
35765 Chester Road
Avon, OH 44011-1262
(440) 695-8044 (Main)
(440) 695-8098 (Fax)

ATTORNEYS FOR OTHER INTERESTED PARTIES SANDY HOOK ACTION FUND, INC. AND SANDY HOOK PROMISE FOUNDATION

**PROOF OF SERVICE**

This is to certify that a copy of the foregoing Sandy Hook Action Fund, Inc.'s. and Sandy Hook Promise Foundation's Motion to Dismiss has been sent via the Court's electronic filing system, on this 2nd day of November, 2026, to:

Robert Wyn Young, Esq.
Law Office of R. Wyn Young, Esq.
1421 Lexington Avenue, #180
Mansfield, OH 44907-2629
E-mail: rwynyoung25@gmail.com

Guillermo J. Rojas, Esq.
United States of America
Four Seagate, Suite 308
Toledo, OH 43604-6360
E-mail: guillermo.rojas@usdoj.gov

Daniel M. Kavouras, Esq.
Andrew J. Thompson, Esq.
Baker & Hostetler LLP
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
E-mail: dkavouras@bakerlaw.com
anthompson@bakerlaw.com

And by U.S. mail, postage prepaid, on this 2nd day of November, 2026, to:

Honorable Maya Guerra Gamble
459th Civil District Court, Travis County
Texas
PO Box 1748
Austin, TX 78767-1748

Connecticut State Police
c/o Colonel Daniel Loughman
1111 Country Club Road
Middletown, CT 06457

Koskoff Koskoff & Bieder PC
350 Fairfield Avenue
Bridgeport, CT 06604

Farrar & Ball LLP
1117 Herkimer Street
Houston, TX 77008

Meshbesher & Spence, LTD.
1616 Park Avenue
Minneapolis, MN 55404

University of Maine System
Chancellor's Office
15 Estabrooke Drive
Orono, ME 04469

Covington & Burling LLP
One City Center
850 Tenth Street NW
Washington, DC 20001

Fox News Network, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Barbara N. Bellis
Connecticut Superior Court Judge
400 Grand Street
Waterbury, CT 06702

Broocks Law Firm PLLC
c/o Ben C. Broocks
248 Addie Roy Road, Suite B-301
Austin, TX 78746

Randazza Legal Group PLLC
100 Pearl Street 14th Floor
Hartford, CT 06103

Pattis & Paz LLC
171 Orange Street
New Haven, CT 06510

Reynal Law Firm PC
917 Franklin St. Fl. 6
Houston, TX 77002

Law Office of Jacquelyn W. Blott
200 University Blvd, Ste 225
PMB 251
Round Rock, TX 78665-1096

Jordan & Ortiz P.C.
248 Addie Roy Road, Ste. B-301
Austin, TX 78746

Zimmerman Firm
15 Crocus Hill
Saint Paul, MN 55102

Quarles & Brady LLP
33 Main Street, Suite 900
Madison, WI 53703

Cain & Skarnulis PLLC
303 Colorado St., Suite 2850
Austin, TX 78701

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776

James Fetzer, Ph.D.
800 Violet Lane
Oregon, WI 53575

Bill Bonitati
554 Boston Post Road #107
Orange, CT 06477

Office of Barack & Michelle Obama
P.O. Box 91000
Washington, DC 20066

X CORP
c/o CT Corporation System
1999 Bryan Street Suite 900
Dallas, TX 75201

*_/s/ Jonathan T. Hyman_*
Jonathan T. Hyman
Dominic M. Parish