IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROBERT WYN YOUNG, | CASE NO. 1:26-cv-02727-DAR |
| Plaintiff, | JUDGE DAVID A. RUIZ |
| v. | |
| PRESIDENT DONALD J. TRUMP, ET AL., | |
| Defendants. | **ORDER** |

This matter came before the Court on Other Interested Parties, Sandy Hook Promise Action Fund, Inc. (the "Action Fund") and the Sandy Hook Promise Foundation's (the "Foundation") (collectively, the "Parties"), Motion for Leave to Plead to move, plead or otherwise respond to Plaintiff's Complaint. Upon due consideration thereof, this Court finds said Motion to be well-taken.

IT IS HEREBY ORDERED that the Parties' Motion be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the Parties are granted an extension of time, up to and including November 25, 2026, with which to move, plead or otherwise respond to Plaintiff's Complaint.

**Nov 12, 2026**
Date

David A. Ruiz
Judge David A. Ruiz